# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **THOMAS HAL MARSHALL,** | } |
| Plaintiff, | } |
| v. | } Case No.: 1:23-cv-00735-RDP-NAD |
| **STATE OF ALABAMA, et al.,** | } |
| Defendants. | } |

## MEMORANDUM OPINION

On August 15, 2023, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. No objections were filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge that the petition for writ of habeas corpus be denied.

A separate order in accordance with the Memorandum Opinion will be entered.

**DONE** and **ORDERED** this September 7, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE